UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **ROBERT J. ROBICHEAUX, JR.** | * | **CIVIL ACTION NO. 10-0275** |
| **VERSUS** | * | **JUDGE HAIK** |
| **PARKER DRILLING CO.** | * | **MAGISTRATE JUDGE HILL** |

### RULING ON MOTION TO COMPEL

For the reasons assigned in open court;

**IT IS HEREBY ORDERED** that the Motion to Compel Parker Drilling Company filed by plaintiff, Robert L. Robicheaux on January 27, 2011 [rec. doc. 33], is hereby **GRANTED IN PART AND DENIED IN PART**.  Parker Drilling Company shall file a formal response to the request for e-mails pre-litigation.  Plaintiff waived the request for post-litigation e-mails.

The responses to the interrogatories and requests for production are sufficiently complete.

Signed this 24th day of February, 2011, at Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE